UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

STEADFAST INVESTMENT PROPERTIES,
INC., dba STEADFAST COMPANIES, and
ELLA SHAW NEYLAND,

        *Plaintiffs*,

  -*against*-

KATHERINE PAIGE KEATING, a/k/a
KATHERINE COSGROVE and
KATHERINE HARPER,

        *Defendant*.

------------------------------------------------------------X

18 Civ. 7802 (PAC)

**ORDER**

HONORABLE PAUL A. CROTTY, United States District Judge:

Plaintiffs move for attorneys' fees, costs, and expenses totaling $82,769.43, following entry of a default judgment against Defendant on October 31, 2018. Defendant has failed to appear or respond to any of the motions in this action, including the present motion.

Plaintiffs initiated this action for defamation *per se*, intentional infliction of emotional distress, stalking, harassment, and injunctive relief on August 27, 2018. (Dkt. 1.) Defendant never answered the complaint nor appeared in the case, and a default judgment was entered on October 31, 2018. (Dkt. 19.) The judgment stated that: "Damages, including attorney's fees and expenses, shall be determined upon submissions and hearing by Plaintiffs." (*Id.* ¶ 11.) On December 13, 2018, Plaintiffs moved for attorneys' fees, costs, and related expenses totaling $82,769.43, (Dkt. 21), and provided billing records to show the rates and work performed by attorneys, support staff, and a private investigator in preparing the action, (Dkt. 23). As indicated, defendant has chosen not to participate in this case.

The Court finds that the motion is timely under the Court's decision of October 31, 2018. There is sufficient evidence of the attorneys' fees, costs and expenses; and they are reasonable.

Accordingly, the Court grants the motion for attorneys' fees, costs and related expenses in the amount of $82, 769.43.

The Clerk of Court is directed to enter judgment in Plaintiffs' favor, and to terminate the pending motion at Dkt. 21.

Dated: New York, New York
May 17, 2019

SO ORDERED

*Paul A. Crotty*
PAUL A. CROTTY
United States District Judge